IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TOM F. FIELDS, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-099 |
| | ) | |
| THE STATE OF GEORGIA, ETC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**O R D E R**

On September 19, 2023, the Court granted Plaintiff, an inmate at the Charles B. Webster Detention Center ("CBWDC") in Augusta, Georgia, permission to proceed *in forma pauperis* ("IFP") conditioned on his return of a Prisoner Trust Fund Account Statement and Consent to Collection of Fees form. (See doc. no. 9.) Prior to the Court granting Plaintiff permission to proceed IFP, Plaintiff filed a notice dated September 18, 2023, asserting that jail officials at CBWDC refused to provide him the necessary certified account documentation to proceed IFP. (Doc. no. 10.) At that time, however, Plaintiff's motion to proceed IFP had not been received by the Court, nor had it been granted. In any event, Plaintiff has not returned either form. Plaintiff has no explanation for why he has not returned the Consent to Collection of Fees form, a document that requires no input from any jail official.

Plaintiff cannot proceed IFP unless he submits the requisite Trust Fund Account Statement and consents to the collection of the entire $350.00 filing fee in installments. Wilson

<u>v. Sargent</u>, 313 F.3d 1315, 1319-20 (11th Cir. 2002).  Plaintiff shall have until November 27, 2023, to submit the required Prisoner Trust Fund Account Statement signed by an authorized jail official and a Consent to Collection of Fees form signed by him.  Failure to return the required paperwork will be an election to have this case dismissed without prejudice.

The Court **DIRECTS** the **CLERK** to enclose a new copy of the Consent to Collection of Fees form with Plaintiff's service copy of this Order.  To ensure that jail officials have received the Trust Fund Account Statement, the Court also **DIRECTS** the **CLERK** to serve this Order on Plaintiff's custodian and to include a Prisoner Trust Fund Account Statement with that service copy.  The Court is confident that jail officials will expeditiously fill out the form and return it to Plaintiff.  Plaintiff must then return the Trust Fund Account Statement, along with the Consent to Collection of Fees form, to the Court by no later than November 27, 2023.

SO ORDERED this 9th day of November, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA